IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LACEY STRADFORD, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No.  16-2064 |
| | : | |
| JOHN WETZEL | : | |
| *SECRETARY PENNSYLVANIA* | : | |
| *DEPARTMENT OF CORRECTIONS* | : | |

## **ORDER**

AND NOW, this 31st day of March, 2017, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant's Motion to Transfer Based on Improper Venue or, Alternatively, to Dismiss the Complaint (Document 8) is GRANTED. Plaintiffs' Complaint (Document 1) is DISMISSED with prejudice. It is further ORDERED Plaintiffs' Motion for Class Certification (Document 3) is DISMISSED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.