IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LACEY STRADFORD, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-2064 |
| | : | |
| JOHN WETZEL, | : | |
| *SECRETARY PENNSYLVANIA* | : | |
| *DEPARTMENT OF CORRECTIONS* | : | |

# ORDER

AND NOW, this 12th day of February, 2021, upon consideration of Defendant John Wetzel's Motion for Summary Judgment, Plaintiffs Lacey Stradford, William Nettles, Jesse Stroud, William Scott, and Richard Richardson's Motion for Summary Judgment, the parties' briefing on the Motions, and following a November 16, 2020, oral argument on the Motions, and for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. Defendant's Motion for Summary Judgment (Document 75) is DENIED;

2. Plaintiffs' Motion for Summary Judgment (Document 77) is GRANTED;

3. Judgment shall be entered by separate order; and

4. Plaintiffs shall submit a proposed judgment within five (5) days of this Order.

BY THE COURT:

 /s/ Juan R. Sánchez
 Juan R. Sánchez, C.J.